FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN WILIAM PARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELLE GHIDOTTI, et al.<br><br>  Defendants. | NO. 2:25-CV-0263-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Response to Order to Show Cause. ECF No. 13. The Court has reviewed the record and files herein and is fully informed.

Plaintiff, proceeding *pro se*, fails to articulate that this Court has jurisdiction over his claims.

Federal courts are limited in jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). In order for a district court to retain a case and conduct rulings on the merits, it must have subject matter jurisdiction, either via a federal question presented, 28 U.S.C. § 1331, or via diversity jurisdiction whereby

ORDER OF DISMISSAL ~ 1

no defendant and plaintiff share citizenship of the same state and the amount in controversy exceeds $75,000, 28 U.S.C. § 1332. "[A] court may raise the question of subject-matter jurisdiction, *sua sponte*, at any time during the pendency of the action." *Snell v. Cleveland, Inc.*, 316 F.3d 822, 926 (9th Cir. 2002). Subject matter jurisdiction may never be waived. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006). A federal court must dismiss a pending action if the court determines at any time that it lacks subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

In reviewing Plaintiff's Complaint and construing its contents liberally, the Court is not convinced it has subject matter jurisdiction over the present action. *Capp v. Cnty. of San Diego*, 940 F.3d 1046, 1052 (9th Cir. 2019) (discussing the *pro se* pleading standard in the context of consideration under a motion to dismiss).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice.

2. All pending motions are **DENIED.**

The District Court Executive is directed to enter this Order and furnish a copy to Plaintiff.

DATED September 18, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2